# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| ELEANOR GRIFFIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>AFLAC INCORPORATED,<br><br>Defendant. | Case No. 4:25-CV-00183<br><br>Judge Clay D. Land |
| JESSICA BATISTE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>AFLAC INCORPORATED,<br><br>Defendant. | Case No. 4:25-CV-00185<br><br>Judge Clay D. Land |
| MARTHA GRAHAM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>AFLAC, INC.,<br><br>Defendant. | Case No. 4:25-CV-00186<br><br>Judge Clay D. Land |
| WILLIAM JERNIGAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>AFLAC INCORPORATED,<br><br>Defendant. | Case No. 4:25-CV-00188<br><br>Judge Clay D. Land |

| | |
|---|---|
| JOHN O'CONNOR, individually and on behalf of all others similarly situated, | Case No. 4:25-CV-00189 |
| Plaintiff, | Judge Clay D. Land |
| v. | |
| AFLAC INCORPORATED, | |
| Defendant. | |
| HELEN RUSTIN, individually and on behalf of all others similarly situated, | Case No. 4:25-CV-00190 |
| Plaintiff, | Judge Clay D. Land |
| v. | |
| AFLAC INCORPORATED, | |
| Defendant. | |
| CHRISTOPHER COOK, individually and on behalf of all others similarly situated, | Case No. 4:25-CV-00192 |
| Plaintiff, | Judge Clay D. Land |
| v. | |
| AFLAC INCORPORATED, | |
| Defendant. | |
| JAMES BYRNE, individually and on behalf of all others similarly situated, | Case No. 4:25-CV-00193 |
| Plaintiff, | Judge Clay D. Land |
| v. | |
| AFLAC INCORPORATED, | |
| Defendant. | |

| | |
|---|---|
| ELISA MITTELSTAED, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>AFLAC INCORPORATED,<br><br>    Defendant. | Case No. 4:25-CV-00194<br><br>Judge Clay D. Land |
| PRINCESS RUSSELL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>AFLAC INCORPORATED,<br><br>    Defendant. | Case No. 4:25-CV-00195<br><br>Judge Clay D. Land |
| LARRY SCOTT, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>AFLAC INCORPORATED,<br><br>    Defendant. | Case No. 4:25-CV-00196<br><br>Judge Clay D. Land |
| L.P., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>AFLAC INCORPORATED,<br><br>    Defendant. | Case No. 4:25-CV-00197<br><br>Judge Clay D. Land |

| | |
|---|---|
| HILDA M. MURPHREE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>AFLAC INCORPORATED,<br><br>Defendant. | Case No. 4:25-CV-00200<br><br>Judge Clay D. Land |
| JEFFREY ALONZO MINTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>AFLAC INCORPORATED,<br><br>Defendant. | Case No. 4:25-CV-00205<br><br>Judge Clay D. Land |
| CHARLENE SYNOGA, TONYA GRUBBS, and JACK KEIFFER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>AFLAC INCORPORATED,<br><br>Defendant. | Case No. 4:25-CV-00206<br><br>Judge Clay D. Land |
| SANDRA HERMANN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>AFLAC INCORPORATED,<br><br>Defendant. | Case No. 4:25-CV-00207<br><br>Judge Clay D. Land |

| | |
|---|---|
| ADAM HATCH and MARLENA NEAGLE, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>AFLAC INCORPORATED,<br><br>      Defendant. | Case No. 4:25-CV-00208<br><br>Judge Clay D. Land |
| DAVID SANDORO, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>v.<br><br>AFLAC INCORPORATED,<br><br>      Defendant. | Case No. 4:25-CV-00211<br><br>Judge Clay D. Land |
| JENNIFER STEELE, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>v.<br><br>AFLAC INCORPORATED,<br><br>      Defendant. | Case No. 4:25-CV-00212<br><br>Judge Clay D. Land |
| CARRIE WOMACK, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>v.<br><br>AFLAC INCORPORATED,<br><br>      Defendant. | Case No. 4:25-CV-00214<br><br>Judge Clay D. Land |

| | |
|---|---|
| SANDRA J. FLECTHER, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>v.<br><br>AFLAC INCORPORATED,<br><br>　　　　Defendant. | Case No. 4:25-CV-00216<br><br>Judge Clay D. Land |
| DANIELA HARRELL, on behalf of herself individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>v.<br><br>AFLAC INCORPORATED,<br><br>　　　　Defendant. | Case No. 4:25-CV-00218<br><br>Judge Clay D. Land |
| MIAH CLIATT, on behalf of herself individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>v.<br><br>AFLAC INCORPORATED,<br><br>　　　　Defendant. | Case No. 4:25-CV-00219<br><br>Judge Clay D. Land |
| ISMAEL PEREZ, on behalf of herself individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>v.<br><br>AFLAC INCORPORATED,<br><br>　　　　Defendant. | Case No. 4:25-CV-00220<br><br>Judge Clay D. Land |

6

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE CASES

This matter, having come before the Court by Plaintiffs in the above-captioned matters, by their Unopposed Motion to Consolidate Cases ("Motion") pursuant to Rule 42 of the Federal Rules of Civil Procedure, Memorandum in Support, and the Complaint in all actions, and having found that the cases involved some of the same issues of fact and law, grow out of the same alleged data breach involving Aflac Incorporated ("Aflac" or "Defendant"), have many of the same claims, and have proposed class definitions that will encompass the same persons, this Court finds that the cases have sufficient commonality of issues and parties to warrant consolidating the cases. This Court further finds that the benefits of consolidation are not outweighed by any risk of prejudice or jury confusion. The effect of such consolidation will be judicial economy and preserving the Parties' resources, as well as avoiding disparate rulings in separate actions.

Accordingly, because this Court finds that these related actions have sufficient commonality of law and fact and because consolidation does not increase the risk of an unfair outcome, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. *Eleanor Griffin v. Aflac Inc.*, No. 4:25-CV-00183 (M.D. Ga.); *Jessica Batiste v. Aflac Inc.*, No. 4:25-CV-00185 (M.D. Ga.); *Martha Graham v. Aflac, Inc.*, No. 4:25-CV-00186 (M.D. Ga.); *William Jernigan v. Aflac Inc.*, No. 4:25-CV-00188 (M.D. Ga.); *John O'Connor v. Aflac Inc.*, No. 4:25-CV-00189 (M.D. Ga.); *Helen Rustin v. Aflac Inc.*, No. 4:25-CV-00190 (M.D. Ga.); *Christopher Cook v. Aflac Inc.*, No. 4:25-CV-00192 (M.D. Ga.); *James Byrne v. Aflac Inc.*, No. 4:25-CV-00193 (M.D. Ga.); *Elisa Mittelstaed v. Aflac Inc.*, No. 4:25-CV-00194 (M.D. Ga.); *Princess Russell v. Aflac Inc.*, No. 4:25-CV-00195 (M.D. Ga.); *Larry Scott v. Aflac Inc.*, No. 4:25-CV-00196 (M.D. Ga.); *L.P. v. Aflac Inc.*, No. 4:25-CV-00197 (M.D. Ga.); *Hilda Murphree v. Aflac*

*Inc.*, No. 4:25-CV-00200 (M.D. Ga.); *Jeffrey Alonzo Minter v. Aflac Inc.*, No. 4:25-cv-00205 (M.D. Ga.); *Charlene Synoga et al. v. Aflac Inc.*, No. 4:25-cv-00206 (M.D. Ga.); *Sandra Hermann v. Aflac Inc.*, No. 4:25-cv-00207 (M.D. Ga.); *Adam Hatch et al. v. Aflac Inc.*, No. 4:25-cv-00208 (M.D. Ga.); *David Sandoro v. Aflac Inc.*, No. 4:25-cv-00211 (M.D. Ga.); *Jennifer Steele v. Aflac Inc.*, No. 4:25-cv-00212 (M.D. Ga.); *Carrie Womack v. Aflac Inc.*, No. 4:25-cv-00214 (M.D. Ga.); *Sandra J. Fletcher v. Aflac Inc.*, No. 4:25-cv-00216 (M.D. Ga.); *Daniela Harrell v. Aflac Inc.*, No. 4:25-cv-00218 (M.D. Ga.); *Miah Cliatt v. Aflac Inc.*, No. 4:25-cv-00219 (M.D. Ga.); and *Ismael Perez v. Aflac Inc.*, No. 4:25-cv-00219-CDL (M.D. Ga.) and all other actions (now and in the future) naming Aflac Incorporated as a defendant in connection with the Data Breach announced by Aflac on or around June 20, 2025 (the "Related Actions") shall be consolidated for all purposes, including pretrial proceedings, trial and appeal, pursuant to Federal Rule of Civil Procedure 42 before the Honorable Clay D. Land (the "Consolidated Action"), and Aflac's deadline to respond to any complaints in the Related action shall be stayed.

2. All filings in the Consolidated Action shall be filed under Case No. 4:25-CV-00183, and shall bear the following caption: *In re Aflac Inc. Data Breach Litigation*.

3. The case file for the Consolidated Action will be maintained under the Master File Case No. 4:25-CV-00183.

4. The Clerk of the Court is hereby directed to administratively close the following Related Actions: *Jessica Batiste v. Aflac Inc.*, No. 4:25-CV-00185-CDL (M.D. Ga.); *Martha Graham v. Aflac, Inc.*, No. 4:25-CV-00186-CDL (M.D. Ga.); *William Jernigan v. Aflac Inc.*, No. 4:25-CV-00188-CDL (M.D. Ga.); *John O'Connor v. Aflac Inc.*, No. 4:25-CV-00189-CDL (M.D. Ga.); *Helen Rustin v. Aflac Inc.*, No. 4:25-CV-00190-CDL (M.D. Ga.); *Christopher Cook v. Aflac Inc.*, No. 4:25-CV-00192-CDL (M.D. Ga.); *James Byrne v. Aflac Inc.*, No. 4:25-CV-00193-CDL

(M.D. Ga.); *Elisa Mittelstaed v. Aflac Inc.*, No. 4:25-CV-00194-CDL (M.D. Ga.); *Princess Russell v. Aflac Inc.*, No. 4:25-CV-00195-CDL (M.D. Ga.); *Larry Scott v. Aflac Inc.*, No. 4:25-CV-00196-CDL (M.D. Ga.); *L.P. v. Aflac Inc.*, No. 4:25-CV-00197-CDL (M.D. Ga.); *Hilda Murphree v. Aflac Inc.*, No. 4:25-CV-00200-CDL (M.D. Ga.); *Jeffrey Alonzo Minter v. Aflac Inc.*, No. 4:25-cv-00205-CDL (M.D. Ga.); *Charlene Synoga et al. v. Aflac Inc.*, No. 4:25-cv-00206-CDL (M.D. Ga.); *Sandra Hermann v. Aflac Inc.*, No. 4:25-cv-00207-CDL (M.D. Ga.); *Adam Hatch et al. v. Aflac Inc.*, No. 4:25-cv-00208-CDL (M.D. Ga.); *David Sandoro v. Aflac Inc.*, No. 4:25-cv-00211-CDL (M.D. Ga.); *Jennifer Steele v. Aflac Inc.*, No. 4:25-cv-00212-CDL (M.D. Ga.); *Carrie Womack v. Aflac Inc.*, No. 4:25-cv-00214-CDL (M.D. Ga.); *Sandra J. Fletcher v. Aflac Inc.*, No. 4:25-cv-00216-CDL (M.D. Ga.); *Daniela Harrell v. Aflac Inc.*, No. 4:25-cv-00218-CDL (M.D. Ga.); *Miah Cliatt v. Aflac Inc.*, No. 4:25-cv-00219-CDL (M.D. Ga.); and *Ismael Perez v. Aflac Inc.*, No. 4:25-cv-00220-CDL (M.D. Ga.).

5. Any action subsequently filed, transferred, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action will be automatically consolidated with the Consolidated Action within ten (10) calendar days following the filing of that action. If any party objects to such consolidation or otherwise wishes to seek alternative relief, they must do so before the expiration of that period.

6. As soon as practicable, the Parties will notify the Court by email to columbus.ecf@gamd.uscourts.gov whenever a related case that should be consolidated into the Consolidated Action is filed in, transferred to, or removed to this District. If the Court determines that the case is related, the Clerk will place a copy of this Order in the separate file for such action, serve on Plaintiff's counsel in the new case a copy of this Order, direct that Plaintiff's counsel in the new case shall serve this Order upon the Defendant(s) in the new case, and make the appropriate entry in the Master File Case No. 4:25-CV-00183.

7. Unless otherwise ordered by the Court upon a showing of good cause, this Order shall apply to the above-referenced matters, as well as any action filed in, transferred to, or removed to this Court which relates to the subject matter at issue in this case.

8. Any applications for the appointment of interim class counsel under Fed. R. Civ. P. 23(g)(3) shall be filed within 7 days of entry of this Order;

9. Plaintiffs shall file a Consolidated Class Action Complaint ("CCAC") within 60 days of the Court's ruling upon any applications for appointment of interim class counsel, which shall serve as the operative complaint in the Consolidated Action.

10. Defendant will answer, move or otherwise respond to the operative CCAC no later than 60 days after the CCAC is filed. If Defendant files a motion directed to the CCAC, Plaintiffs will have 30 days thereafter to file an opposition, and Defendant will then have 30 days to file a reply in support of its motion.

**SO ORDERED, this July 8, 2025.**

S/Clay D. Land
**CLAY D. LAND**
**UNITED STATES DISTRICT JUDGE**